UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK HALDEMAN,<br><br>　　　　Defendant. | No.  2:00-cr-0180  WBS<br><br>**ORDER TO UNSEAL FILE** |

----oo0oo----

　　　　It appearing that the file in this action was sealed by virtue of a Utility Event on June 1, 1999; and it further appearing that there is no just reason for the file to remain sealed:

　　　　The Clerk is hereby ORDERED to unseal the file in this action.

Dated:  January 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1